UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                   )
                                         )   CASE NO. 10-01263 JDP
NEEDHAM, MICHAEL PATRICK                 )
                                         )   CHAPTER 7 TRUSTEE'S INITIAL STATUS
                                         )   REPORT AND MINUTES OF
                  Debtor(s)              )   341(a) MEETING OF CREDITORS
                                         )

DATE OF 341(a) MEETING: 06/03/10         LOCATION OF MEETING: Boise
NAME OF TRUSTEE: Jeremy Gugino           DATE CASE FILED: 04/30/10

DIGITAL RECORDER TRACK NO. 74

DEBTOR(S): (x) SWORN & EXAMINED  ( ) DID NOT APPEAR

DEBTOR(S) PROVIDED PROPER PHOTO I.D. AND SOCIAL SECURITY DOCUMENTATION AS BELOW:
  IDENTITY: [x] Drivers Lic.  [ ] U.S. passport  [ ] State picture ID  [ ] legal resident alien card
  SS#: [x] SS Card  [ ] Pay Stub  [ ] W-2 form  [ ] other: _____
  DEBTOR ADDRESS CHANGE: _____
PRIOR BANKRUPTCY: [ ] Yes  Date: _____  State: _____  [x] No
DEBTOR'S ATTORNEY: (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
CREDITORS APPEARING: (x) NONE

**ACTION ITEMS:**
a.  ( ) 341(a) Meeting Continued to: / /
b.  ( ) I.D. and / or SS information incorrect or missing, report attached.
c.  ( ) Dismiss for Failure of Debtor and/or Attorney to Appear
d.  ( ) Discharge Information Given to Debtor
e.  ( ) Unscheduled Assets Identified:

GENERAL COMMENTS
( x ) DEBTOR(S) IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
( x ) DEBTOR(S) EXAMINED
( x ) SCHEDULES AND STATEMENT OF AFFAIRS FILED
( x ) STATEMENT OF INCOME AND EXPENDITURES FILED
( x ) DEBTOR(S) INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR
      SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL

/S/ JEREMY J. GUGINO, TRUSTEE
DATE: June 4, 2010

INITIAL STATUS REPORT-341(a) MINUTES - NO ASSET